IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STROUGO, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>UNISYS CORPORATION, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 22-4529 |

## ORDER

**AND NOW**, this 22 day of June 2023, upon consideration of James Connor's Motion to Appoint Counsel and Lead Plaintiff (ECF 11), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**, Connor is **APPOINTED** Lead Plaintiff on behalf of all persons who acquired Unisys securities during the Class Period and his selection of The Rosen Law Firm, P.A. as lead counsel is **APPROVED**;

2. Lead Counsel **SHALL** have the following responsibilities on behalf of Connor and the putative class:

    a. Prepare and file all pleadings;

    b. Brief and argue all motions;

    c. Conduct all discovery proceedings and depositions;

    d. Negotiate settlement with defendants;

    e. Oversee pretrial discovery proceedings and the preparation for trial, as well as the trial itself; and

    f. Supervise all other matters concerning the prosecution or resolution of this action;

3. All securities class actions on behalf of purchasers of Unisys Corporation securities arising out of the same or substantially similar subject matter later filed in or transferred to this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

                                                  BY THE COURT:

                                                  ***/s/ Gerald J. Pappert***
                                                  GERALD J. PAPPERT, J.