**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN CONNOR, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>UNISYS CORPORATION, et al.,<br><br>*Defendant.* | CIVIL ACTION<br><br>NO. 22-4529 |

## ORDER

**AND NOW**, this 1st day of February 2024, upon consideration of Plaintiff's Amended Complaint (ECF No. 22), Defendants' Motion to Dismiss and supplemental filings (ECF Nos. 28, 29), Plaintiff's Response (ECF No. 30), and Defendants' Reply (ECF No. 31), it is **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED without prejudice**.

Plaintiff may file a Second Amended Complaint on or before **Friday, March 1, 2024**.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.