IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CONNOR, *individually and on behalf of all others similarly situated*,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>UNISYS CORPORATION, et al.,<br><br>　　　　*Defendant.* | CIVIL ACTION<br><br>NO. 22-4529 |

### ORDER

**AND NOW**, this 17th day of April 2024, it is **ORDERED** that:

1. In light of Connor's failure to file a Second Amended Complaint, *see* (ECF No. 33), Connor's Amended Complaint is **DISMISSED with prejudice**.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　 */s/ Gerald J. Pappert*　
　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.